UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENA WHITE, | ) No. CV 12-08527-BRO (VBK) |
| Plaintiff, | ) ORDER APPROVING MAGISTRATE |
| | ) JUDGE'S REPORT AND |
| v. | ) RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) the Commissioner of Social Security's Cross-Motion for Summary Judgment is granted; (3) judgment be entered affirming the decision of the Commissioner of Social Security, and (4) this action is dismissed with prejudice.

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

DATED: December 30, 2013

/s/ Beverly Reid O'Connell
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE