JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENA WHITE, | ) No. CV 12-08527-BRO (VBK) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) the Commissioner of Social Security's Cross-Motion for Summary Judgment is granted; (3) that judgment be entered affirming the decision of the Commissioner of Social Security, and (4) this action is dismissed with prejudice.

DATED: December 30, 2013

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE